IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Lois Stogsdill, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv657 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 20, 2014 a Report and Recommendation (Doc. 17). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 18).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the decision of the Commissioner to deny plaintiff Disability Insurance Benefits (DIB) is **AFFIRMED** and it is supported by substantial evidence in the record.

This case is hereby **TERMINATED** off the docket.

IT IS SO ORDERED.

   s/Susan J. Dlott           
Judge Susan J. Dlott
United States District Court